**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-00907-RM-MJW

DAVID LANYON,
AMY LANYON,
DANIEL BARKER, and
SARAH BARKER, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

HRB TAX GROUP, INC., and
HRB TECHNOLOGY LLC

    Defendants.

## ORDER OF DISMISSAL

This matter comes before the Court on the parties' Joint Motion for the Entry of an Order of Dismissal with Prejudice ("Joint Motion") (ECF No. 30).  Upon consideration of the Joint Motion and the parties' report that this action has been settled, it is

ORDERED that the Joint Motion is GRANTED; it is

FURTHER ORDERED that this action be and hereby is dismissed with prejudice and without costs as to all parties, including H&R Block, Inc., which was previously dismissed without prejudice by stipulation; and it is

FURTHER ORDERED that Plaintiffs may, upon good cause shown within 30 days of the date of this order, move to reopen the action if the settlement is not consummated.

DATED this 8th day of August, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge